**ZIMMERMAN REED LLP**
Ryan J. Ellersick (SBN 357560)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
ryan.ellersick@zimmreed.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| N.C. and Y.H., individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIDI HEALTH, INC.,<br><br>Defendant. | Case No.: 5:25-cv-02848-PCP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41**<br><br>Courtroom:  8 – 4th Floor<br>Judge:       P. Casey Pitts<br><br>Date Filed: March 26, 2025<br>Trial Date: TBD |

1
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

1  Plaintiffs respectfully provide notice of voluntary dismissal of this action with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative class claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Because Defendant has not served "either an answer or a motion for summary judgment," the action may be dismissed "without a court order." Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

ZIMMERMAN REED LLP

Dated: September 24, 2025   By:   */s/ Ryan Ellersick*
Ryan J. Ellersick (SBN 357560)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
(877) 500-8780
ryan.ellersick@zimmreed.com

*Attorney for Plaintiffs*